UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METRO TRANSIT POLICE LABOR COMMITTEE, INC. )<br><br>et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY )<br><br>et al. )<br>Defendants. ) | Case: 1:11-cv-00306 RLW |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this action without prejudice.

Respectfully submitted,

_____/s/_____
Jonathan G. Axelrod (Bar #210245)
Justin P. Keating (Bar # 475602)

BEINS, AXELROD, P.C.
1625 Massachusetts Ave., NW   Suite 500
Washington DC 20036
Telephone: 202.328.7222
FAX: 202.328.7030
jaxelrod@beinsaxelrod.com
jkeating@beinsaxelrod.com

**ATTORNEYS FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Plaintiffs' Notice of Voluntary Dismissal was electronically filed with the Court and served on this 14th day of March 2011 on:

Gerard J. Strief
Senior Associate General Counsel
600 Fifth St., NW
Washington DC 20001
gstief@wmata.com

                                                                          _____/s/_____
                                                                     Justin P. Keating